# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

FRANCIS RUGGIERO
a/k/a "Little Frankie"

**WARRANT FOR ARREST**

FILED by _____ D.C.

SEP 19 200__

CASE NUMBER:
# 00-6273
## CR - HUCK
MAGISTRATE JUDGE
~~BROWN~~

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ FRANCIS RUGGIERO a/k/a "Little Frankie" _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  RICO conspiracy, conspiracy to make extortionate extensions of credit and conspiracy to participate in the use of extortionate means to collect extensions of credit

in violation of Title 18__ United States Code, Section(s) 1962(d), 892(a) & 894(a)(1) _____

CARLOS JUENKE
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 CSB _____  by  William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |