UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]   CASE NUMBER: CR 00-6273-
       Plaintiff ]                              CR-
        -vs-                  ]   REPORT COMMENCING CRIMINAL
                              ]         ACTION
Ruggiero, Francis ]
  aka "Little Frankie"        ]   USMS Number 61919-004
       Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: CLERK'S OFFICE   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: Surrender 09-27-00     AM (PM) 1330

(2) LANGUAGE SPOKEN: Eng.

(3) OFFENSE(S) CHARGED: RICO Consp.

(4) UNITED STATES CITIZEN: ( ) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 12-24-1937

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____   ARRESTING OFFICER: Sachs

(9) AGENCY: FBI   PHONE: _____

(10) COMMENTS: