UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

FRANCIS RUGGIERO
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 61919-004

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**    Address: _____

                _____

                Tel. No: _____

**Defense Counsel:**  Name : Samuel R DeLuca

                Address: 3451 Kennedy Blvd.
                Jersey City, NJ 07307

                Tel. No: (201) 653-7200

**Bond Set/Continued:** $150,000 PSB w/Nebbia

Dated this 5th day of October, 2000.

            CLARENCE MADDOX, CLERK

            BY   Karen Sussmann
                Deputy Clerk

c:Clerk for Judge
  U.S. Attorney La Vecchio/Sloman     TAPE NO. 00C 68
  Defense Counsel                      DIGITAL START NO. 2180
  Pretrial Services
formarra.ign

