UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6273

UNITED STATES OF AMERICA,

v.

Francis Ruggiero

NOTICE OF TEMPORARY ✱
APPEARANCE AS COUNSEL

COMES NOW _____Samuel R. DeLuca Esq_____ and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations** imposed by the Court such as **preparing and filing**

documents necessary to collateralize any **personal surety bond** which

may be set.

Counsel's Name **(Printed)** ___Samuel R. De___

Counsel's Signature _____

Address ___3451 Kennedy Blvd___

___Jersey City, NJ___    ZIP CODE: ___07307___

Telephone ___(201) 653.7200___

___(201) 653-7937 (fax)___

✱ counsel indicates to
Court he is PERM —
(Clerk)

FILED BY ___ D.C.

2000 OCT -6 AM 11:49

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA