UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

v.

FRANCIS RUGGIERO

*Stipulated*
ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

\_\_\_\_ The government's motion is **denied**.
\_\_\_\_ The defendant's motion is **granted**; bond is set at:
\_\_\_\_ Personal Surety, unsecured, in the amount of
$_____

\_\_\_\_ Personal Surety in the amount of $_____
with 10% posted with Clerk of Court.

\_\_\_\_ Personal Surety in the amount of $_____
secured by the following collateral: _____

\_\_\_\_ Full Cash in the amount of $_____

✓ Corporate Surety in the amount of $ *150,000 w/ nebbia*

\_\_\_\_ Full Cash or Corporate Surety in the amount of
$_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: *TWO* WEEKLY IN PERSON; *TWO* WEEKLY BY PHONE.
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW. *Remain SDFL — may travel to*
\_ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT. *New Jersey*
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
\_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 5th day of October, 2000.

TAPE NO. 00C- *69-1*
            *68-2180*

c:AUSA, Defense,
  Pretrial Services
  U.S. Marshal

*LaVecchio, L.*
*Sloman, J.*
*Samuel DeLuca, Esq.*

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER