# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         CASE NO. 00-6273-CRHUCK

Francis Ruggiero
    Defendant,

_____/

FILED by ___ D.C.
MAG. SEC.
OCT 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

### NOTICE OF STIPULATION IN FULFILLMENT OF NEBBIA REQUIREMENT

**COME NOW** the defendant, Francis Ruggiero by and through his undersigned counsel, and the United States of America, by and through its duly appointed representative, Lawrence Lavecchio, and hereby represent to this court that all Nebbia requirements have been satisfied with regard to a $150,000.00 Corporate Surety Bond set by this Court on or about October 05, 2000.

_____
Lawrence Lavecchio,
Assistant U.S. Attorney

_____
Samuel DeLuca,
Attorney for Defendant

**WHEREFORE**, the parties most respectfully request that this court accept the above stipulation and allow said $150,000 Corporate Surety be posted with the Clerk of Court.

Accordingly, it is so ordered.

Dated: October 10, 2000

_____
Barry S. Garber
U.S. Magistrate Judge.