AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Jeffrey H. Sloman   FBI S/A Kevin Rentzel (954) 545-1966

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   *508258*

UNITED STATES OF AMERICA

V.

FRANCIS RUGGIERO
a/k/a "Little Frankie"

TO:  The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:
**00-6273**
**CR - HUCK**
MAGISTRATE JUDGE
~~BROWN~~

YOU ARE HEREBY COMMANDED to arrest    FRANCIS RUGGIERO a/k/a "Little Frankie"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy, conspiracy to make extortionate extensions of credit and conspiracy to participate in the use of extortionate means to collect extensions of credit

in violation of Title  18   United States Code, Section(s) 1962(d), 892(a) & 894(a)(1)

CARLOS JUENKE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 CSB     by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED<br>9/19/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>[signature]<br>Edward Purchase, ADUSM |
| DATE OF ARREST<br>9/27/00 | | |