# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by \_\_\_ D.C.
FEB 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

### HONORABLE
### PAUL C. HUCK

==================================================================

CASE NO. __00-6273-CR__                     DATE __2-5-2001__

CLERK __Valerie Thompkins__           REPORTER __LARRY HERR__

USPO _____         INTERPRETER _____

UNITED STATES OF AMERICA   vs.  __ANTHONY TRENTACOSTA et al.,__

AUSA __JEFFREY SLOMAN &__             DEFENSE CSL. __ALL COUNSEL OF__
     __LAWRENCE LAVECCHIO__                         __RECORD__

Defendant(s) Present_____ Not Present __XX__  In Custody_____

TYPE OF HEARING __SPECIAL STATUS CONFERENCE__

RESULT OF HEARING __COURT GRANT'S DEFENDANT'S MOTION'S FOR EXTENSION OF TIME FILE ATTY RICHARD HOULIHAN TO FILE ORDER WITHIN 5 DAYS. JUDGE BROWN TO HEAR PENDING MOTION ON DEFENDANT CJA MOTION FEE'S. COUNSEL TO FILE A STATUS REPORT TO THE COURT WITHIN 10 DAYS RE: TRIAL DATE AND THERE AVAILABILITY.__

==================================================================

### NEW DATES SET BY COURT

Defense P/T/Motions  _____       Trial Date _____

Govt. Resp to P/T/Motions_____     Further S/C _____

Change of Plea  _____

