UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN



United States of America

Vs.                                                    ORDER re
                                                       STATUS

Anthony Trentacosta, et al.
_____/

This cause having come on to be heard on Monday, February 5, 2001, for a status report. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for extension of time to file motions is *granted*. All defense motions shall be filed with the clerk no later than the close of business on Tuesday, March 6, 2001.

That the new status date is <u>Tuesday, March 6, 2001 at 8:00 A.M.</u> All counsel are to appear or to have a fully informed and prepared substitute.

DONE AND ORDERED at Miami, Florida, this 12 day of February, 2001.

Paul Huck
U.S. District Judge

176