CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by _VT_ D.C.
MAR 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE _Paul C. Huck_

CASE NO. _00-6273-CR_    DATE _3-6-01_

CLERK _Valerie Thompkins_    REPORTER _Larry Herr_

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA vs. _Anthony Trentacosta et al_

AUSA _Lawrence LaVecchio_    DEFENSE CSL. _Richard Houlihan_

Defendant(s) Present____ Not Present _X_ In Custody____

TYPE OF HEARING _Special Status Conference_

RESULT OF HEARING _Defense Oral Tenus motion to Continue Trial is hereby Granted_

NEW DATES SET BY COURT

Defense P/T/Motions _Cut-off 3-30-01_    Trial Date _11-19-01_

Govt. Resp to P/T/Motions _____    Further _Calendar Call_ _11-14-01_

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: _3-6-01_ thru _11-30-01_ to be excludable pursuant to the Speedy Trial Act.

