**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**COURTROOM MINUTES**

The Honorable _Paul C Huck_ , Presiding

Date _10-4-2001_ Case No. _00-6273CR_

FILED by ___ D.C.

OCT 04 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

_United States of America_

-vs-

_Anthony Trentacosta et Al_

Type of hearing _Status Conference_

Plaintiff's Counsel _Lawrence LaVecchio_

Defendant's Counsel _Stephen Rosen, (All other counsel present)_

Deputy Clerk _Valerie Thimgal_ Court Reporter _Larry Herr_

_Status Hearing Held_