UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6273-CR-HUCK

        Plaintiff,

vs.    NOTICE OF HEARING

FRANCIS RUGGIERO,
CARLOS GARCIA,
CHARLES MONICO,
ANTHONY BANKS,

        Defendant.
_____/

FILED by ___ D.C.
OCT 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on **Thursday, November 01, 2001, at 4:30 p.m.**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: October 11, 2001

                                          CLARENCE MADDOX, CLERK

                                          By: _____
                                                Valerie Thompkins,
                                                Deputy Clerk

cc:    Lawrence LaCecchio, AUSA
       Samuel DeLuca, Esq.
       Albert Levin, Esq.
       Thomas Almon, Esq.
       Manuel Gonzalez, Esq.
       U.S. Probation Office
       U.S. Marshals Service
       Pre-Trial Services