JHS:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA      )
                              )
        PLAINTIFF,             )
                              )
v.                            )
                              )
ANTHONY TRENTACOSTA, et al.   )
                              )
        DEFENDANTS.            )
_____)

GOVERNMENT'S MOTION TO BRING
ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that this Court authorize the undersigned to bring audiotape and video equipment into the courtroom for use at trial in this cause. Among the items of evidence which the government may offer at these proceedings are audiotapes of certain conversations. Additionally, there are a large number of documents which the government will offer at trial. In order to facilitate the publication of those items to the jury, the government wishes to utilize the Elmo system. This will necessitate the installation of several video monitors in the courtroom.

A proposed Order of the Court in this regard is attached hereto, along with an authorization letter to permit employees of

the United States Attorney's Office and/or the Federal Bureau of Investigation to enter the courtroom while court is not in session in order to effect the installation of equipment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
Assistant U.S. Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
(954) 356-7255/356-7336 - fax
Florida Bar No. 378879

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was transmitted this 18th day of October, 2001, to:

Stephen Rosen, Esq. (Attorney for Anthony Trentacosta)
1221 Brickell Avenue, Ste. 1020
Miami, Florida 33131

Fred Haddad, Esq. (Attorney for Frederick J. Massaro)
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. (Attorney for Francis Ruggiero)
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire (Attorney for Ariel Hernandez)
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadero, Esquire (Attorney for Julius B. Chiusano)
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esquire (Attorney for Adam Todd Silverman)
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire (Attorney for Carlos Garcia)
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon (Attorney for Charles P. Monico)
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire (Attorney for Anthony R. Banks)
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

／s／ Jeffrey H. Sloman
JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY