UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCIS RUGGIERO,

    Defendant.
_____/

NIGHT BOX FILED
JAN 22 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE FROM THE DEFENDANT'S DETERMINED GUIDELINES SENTENCE RANGE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Motion pursuant to Section 5K1.1 of the Sentencing Guidelines seeking a downward departure from the defendant's guidelines range, and, in support thereof, hereby asserts that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0305405
500 E. Broward Blvd., Ste. 700
Fort Lauderdale, Florida 33301
(954) 356-7255/356-7336 - fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered by facsimile and by U.S. mail on this 22nd day of January 2002 to Samuel R. DeLuca, Esquire, 3451 Kennedy Blvd., Jersey City, NJ 07307, fax number (201) 653-7937; and to Thomas E. Felasco, USPO, Room 315, 300 N.E. 1st Ave., Miami, FL 33132, fax number (305) 523-5496.

LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY