SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JAN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-CR-6273-Huck

DEFENDANT: Francis Ruggiero
Deputy Clerk: Elvis Toneros
Court Reporter: Jarry Herr
USA: Jarry LaVecchio / Jeff Sloman

JUDGE: PAUL C. HUCK
DATE: 1/28/02
USPO: Tom Felosco
Deft's Counsel: Samuel DeLucca

COUNTS DISMISSED: _____
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
___ Sentencing cont'd until __/__/__ at _____ AM/PM

### JUDGMENT AND SENTENCE

| | Years | Months | Counts |
|---|---|---|---|
| Imprisonment | | 18 | ct 1 |

Supervised Release: 3 years

| | Years | Months | Counts |
|---|---|---|---|
| Probation | | | |

Comments: _____

Assessment $ 100.00            Fine $ _____
Restitution /Other _____

### CUSTODY
___ Remanded to the Custody of the U.S. Marshal Service     ___ Release on bond pending appeal
_X_ Voluntary Surrender to (designated institution or U.S. Marshal Service) on 3/25/02

Commitment Recommendation: That the defendant be housed in the South Florida Region