IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAR 18 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,   CASE NO: 00 CR-6273

    Plaintiff,   JUDGE: PAUL C. HUCK

vs.

**FRANCIS RUGGIERO**,

    Defendant.

_____

MOTION FOR DEFENDANT
TO EXTEND THE SELF SURRENDER DATE
(Unopposed)

    **COMES NOW** the Defendant, Francis Ruggiero, by and through his undersigned attorney and respectfully requests that this Honorable Court amend its Order allowing the Defendant to self-surrender to the U.S. Marshals Service, at 8:30 A.M. on March 25, 2002 for a period not to exceed 45 days until such time as the Bureau of Prisons designates the defendant to an appropriate South Florida facility

    **WHEREFORE**, the Defendant, Francis Ruggiero, requests that this Honorable Court enter an Order allowing the Defendant to delay surrender for a period not to exceed 45 days until such time as he is designated to an appropriate facility at which time he shall be directed to surrender directly to said facility.

                                     _____
                                     SAMUEL R. DE LUCA, ESQ.
                                     DE LUCA & TAITE, ESQS.
                                     Attorney for Defendant
                                     3451 KENNEDY BLVD.
                                     JERSEY CITY, NJ 07307
                                     Telephone: (201) 653-7200
                                     By: George T. Taite Esq.

10-G CERTIFICATE

    The undersigned had a conversation with Assistant U.S. Attorney, LAWRENCE LAVECCHIO, and he advised that he has <u>no opposition</u> to the relief herein requested.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by OVERNIGHT MAIL DELIVERY, to Assistant U.S. Attorney, LAWRENCE LAVECCHIO, 500 EAST BROWARD BLVD, 7TH FLOOR, FT. LAUDERDALE, FLORIDA 33394, this 15th day of MARCH, 2002

SAMUEL R. DE LUCA Esq.
By: George T. Taite Esq.