IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

MAR 18 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA,**    CASE NO: CR-6273

    Plaintiff,    JUDGE: PAUL C. HUCK

vs.

**FRANCIS RUGGIERO,**

    Defendant.

_____

### ORDER GRANTING PERMISSION FOR DEFENDANT TO DELAY SELF SURRENDER

THIS CAUSE came before this Court pursuant to the Motion of the Defendant, FRANCIS RUGGIERO, for permission to delay his self surrender, all parties being duly noticed and the Court being fully advised of the circumstances in this cause, it is therefore

ORDERED AND ADJUDGED that the Defendant's Motion to Delay Self Surrender is hereby granted for a period of up to 45 days until such time as the Bureau of Prisons has designated the defendant to an appropriate facility upon which notification the defendant shall surrender directly to the institution.

DONE AND ORDERED in Chambers, at Ft. Lauderdale, Flordia this 18 day of MARCH, 2002.

                                              PAUL C. HUCK
                                              U.S. DISTRICT JUDGE

COPIES FURNISHED TO:

SAMUEL R. DE LUCA, ESQ.
Attorney for Defendant

LAWRENCE LAVECCHIO, Esq.
Assistant U.S. Attorney