```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                     FORT LAUDERDALE DIVISION
```

FILED by _____ D.C.
APPEAL

NOV 2 7 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA., MIAMI

```
 3              CASE NO. 00-6273-CR-HUCK/BROWN
```

```
 4       _____|
                                            |
 5   UNITED STATES OF AMERICA,              |    MIAMI, FLORIDA
                                            |
 6                      Plaintiff,          |    MARCH 6, 2001
                                            |
 7   v.                                     |
                                            |
     ANTHONY TRENTACOSTA, et al.            |
 8                                          |
                        Defendants.         |
 9   _____x
```

```
10               TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE PAUL C. HUCK,
11                UNITED STATES DISTRICT JUDGE
```

```
12   APPEARANCES:

13
     FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
14                          Assistant U.S. Attorneys
                            500 East Broward Boulevard, Suite 700
15                          Ft. Lauderdale, FL  33394
                            954/356-7255
16
     FOR DEFENDANT:         RICHARD HOULIHAN, ESQ.
17     TRENTACOSTA:

18

19   FOR DEFENDANT:         FRED HADDAD, ESQ.
       MASSARO:             One Financial Plaza
20                          Ft. Lauderdale, FL  33394
                            954/467-6767
21

22   FOR DEFENDANT          JEFFREY D. WEINKLE, ESQ.
       HERNANDEZ:           One Southeast 2nd Street, Suite 3550
23                          Miami, FL  33131 - 305/373-4445

24

25
```

```
 1
      FOR DEFENDANT
 2      RUGGIERO:              THOMAS ALMON, ESQ.

 3
      FOR DEFENDANT
 4      SILVERMAN:             MICHAEL SMITH, ESQ.

 5

 6
      REPORTED BY:            LARRY HERR, RPR-CM-FCRR-AE
 7                            Official Federal Court Reporter
                              JLK Federal Justice Building
 8                            99 Northeast 4th St., Suite 1067
                              Miami, FL  33132 - 305/523-5528
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```