```
 1                UNITED STATES DISTRICT COURT          FILED by _____ D.C.
                  SOUTHERN DISTRICT OF FLORIDA          APPEAL
 2                   FORT LAUDERDALE DIVISION
                                                        NOV 27 2002
 3              CASE NO. 00-6273-CR-HUCK/BROWN
                                                        CLARENCE MADDOX
 4       _____                CLERK, U.S. DIST. CT.
                                         |               S.D. OF FLA. - MIAMI
 5       UNITED STATES OF AMERICA,       |    MIAMI, FLORIDA
                                         |
 6                   Plaintiff,          |    SEPTEMBER 4, 2001
         v.                              |
 7                                       |
         ANTHONY TRENTACOSTA, et al.     |
 8                                       |
                     Defendants.         |
 9       _____x

10
                        TRANSCRIPT OF STATUS CONFERENCE
11                  BEFORE THE HONORABLE PAUL C. HUCK,
                        UNITED STATES DISTRICT JUDGE
12
         APPEARANCES:
13
         FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
14                               Assistant U.S. Attorneys
                                 500 East Broward Boulevard, Suite 700
15                               Ft. Lauderdale, FL  33394
                                 954/356-7255
16
         FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
17         TRENTACOSTA:          999 Ponce de Leon Boulevard
                                 Suite 700
18                               Coral Gables, FL 33134
                                 305/448-9900
19

20
         FOR DEFENDANT:          FRED HADDAD, ESQ.
21         MASSARO:              One Financial Plaza
                                 Ft. Lauderdale, FL 33394
22                               954/467-6767

23

24

25
```

```
 1  FOR DEFENDANT              JEFFREY D. WEINKLE, ESQ.
      HERNANDEZ:               One Southeast 2nd Street, Suite 3550
 2                             Miami, FL  33131 - 305/373-4445

 3

 4  FOR DEFENDANT
      RUGGIERO:                SAM DELUCA, ESQ.

 5

 6  FOR DEFENDANT
      SILVERMAN:               MICHAEL SMITH, ESQ.

 7  FOR DEFENDANT
      CHIUSANO:                DONALD SPADARO, ESQ.
 8

 9
    REPORTED BY:               LARRY HERR, RPR-CM-FCRR-AE
10                             Official Federal Court Reporter
                               JLK Federal Justice Building
11                             99 Northeast 4th St., Suite 1067
                               Miami, FL  33132 - 305/523-5528
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```