UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCIS A. RUGGIERO,

    Defendant.

_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER is before the Court pursuant to Defendant's Motion for Early Termination of Probation. After reviewing the motion, the Probation Officer's response and being fully advised in the premises, it is

ORDERED and ADJUDGED that the Court finds that it is not in the interest of justice to terminate Defendant's supervised release at this time. Therefore, Defendant's Motion for Early Termination of Probation is **DENIED**.

DONE and ORDERED in Chambers at Miami, Florida this 28 day of April, 2005.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lawrence La Vecchio, AUSA
Samuel De Luca, Esq.
Jeffrey I. Feldman, U.S. Probation Officer